The document below is hereby signed.

Signed: December 5, 2013



*S. Martin Teel Jr.*

S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                             )
                                  )
ROBERT WILLIAM HALL, JR.,         )  Case No. 12-00753
                                  )  (Chapter 11)
              Debtor.             )  Not for publication in
                                  )  West's Bankruptcy Reporter.
```

MEMORANDUM DECISION RE DISMISSING MOTIONS FOR SANCTIONS AS
TO ALL ENTITIES AGAINST WHOM SANCTIONS WERE SOUGHT OTHER
THAN MANN PROPERTIES AND CORAL SEAS HOMEOWNERS' ASSOCIATION

The debtor has filed a *Motion To Show Cause Why Sanctions Should Not Be Imposed On The Parties Named Below For Violating The Automatic Stay And Damages For False Imprisonment* (Dkt. No. 63), and a *Motion To Show Cause Why Sanctions Should Not Be Imposed On The Parties Named Below For Additional Violations Of Automatic Stay* (Dkt. No. 90). The *Motions* involve a condominium unit the debtor owns at 7601 Costal Hwy #407, Ocean City, Maryland, and seeks relief against Mann Properties, which manages the property where the condo is located; the property's homeowner association, Coral Seas Homeowners' Association ("Coral Seas");

SunTrust Mortgage, Inc.; and Nationstar Mortgage, LLC.[1]  The debtor's claims for damages against Suntrust Mortgage, Inc. and Nationstar Mortgage, LLC are based solely on prepetition conduct, and claims for damages based on prepetition acts must be pursued by way of an adversary proceeding, not a motion filed in the debtor's main bankruptcy case.  Accordingly, the claims asserted against Suntrust Mortgage, Inc. and Nationstar Mortgage, LLC in the *Motions* must be dismissed.  Although the debtor's claims against Coral Seas and Mann Properties shall remain pending, there is no just reason for delay in entering a final judgment dismissing the claims against any other parties (including, but not limited to, Suntrust Mortgage, Inc., and Nationstar Mortgage, LLC).  Accordingly, pursuant to Fed. R. Civ. P. 54(b), an order expressly serving as such a final judgment follows.

[Signed and dated above.]

Copies to: Debtor; Recipients of e-notification of filing;

Jerome T. Lienhard, II
President and CEO
SunTrust Mortgage, Inc.
901 Semmes Avenue
Richmond, VA 23224

---

[1] The certificates of service to the *Motions* include additional entities.  The court treats the *Motions* as seeking relief only against the entities named in the body of the *Motions*, and treats the additional entities listed in the certificates of service as not being any of the "Parties Named Below" against whom relief is sought.  For the sake of clarity, however, the *Motions* will be dismissed as to those additional entities listed in the certificates of service.